**Opinion issued June 12, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00369-CR

———————————

## IN RE FIELD-DEWAYNE WILLIAMS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Field-Dewayne Williams seeks mandamus relief to compel a municipal court judge to rule on his motion to recuse.[1]

Because we have no jurisdiction to issue a writ of mandamus against a municipal judge, and relator has not demonstrated any threat to our jurisdiction, we

---

[1] The underlying case is *State of Texas v. Field Williams, a/k/a Field-Dewayne: Williams, a/k/a Dewayne X*, cause number 1944419, pending in the Municipal Court of Fort Bend County, Texas, the Honorable Charles Silverman presiding.

dismiss relator's petition for writ of mandamus for lack of jurisdiction. *See* TEX. GOV'T CODE § 22.221(a)–(c); *see also In re Chang*, 176 S.W.3d 451, 452 (Tex. App.—Houston [1st Dist.] 2004, orig. proceeding) (per curiam). Any remaining motions are likewise dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.

Do not publish. *See* TEX. R. APP. P. 47.2(b).